IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVIVSION

GABRIEL GONZALEZ
Reg. #30515-112                                                                PETITIONER

v.                             No. 2:17-cv-129-DPM

GENE BEASLEY, Warden                                                 RESPONDENT

## ORDER

Motion, № 8, granted. Objections due by 2 October 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

   18 September 2017