IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GABRIEL GONZALEZ
Reg. #30515-112                                                         PETITIONER

v.                          No. 2:17-cv-129-DPM

GENE BEASLEY, Warden                                                   RESPONDENT

## JUDGMENT

Gonzalez's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 October 2017