# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GABRIEL GONZALEZ**
Reg. #30515-112                                          **PETITIONER**

v.                          No. 2:17-cv-129-DPM

**GENE BEASLEY, Warden**                                 **RESPONDENT**

## ORDER

Motion for reconsideration, № 15, denied. The Court carefully considered the recommendation and Gonzalez's objections, № 7 & 10. And nothing in Gonzalez's new paper changes the Court's conclusion. The 24 October 2017 Order and Judgment stand.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017