# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  17-3581
_____

Gabriel Gonzalez

Petitioner

v.

Gene Beasley

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Helena
(2:17-cv-00129-DPM)

_____

## JUDGMENT

Before SHEPHERD, ERICKSON and GRASZ, Circuit Judges.


    This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is dismissed for lack of jurisdiction.  The appeal is dismissed.

April 26, 2018



Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans

# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 26, 2018

Gabriel Gonzalez
FEDERAL CORRECTIONAL INSTITUTION
30515-112
P.O. Box 9000
Forrest City, AR  72336-9000

      RE:  17-3581  Gabriel Gonzalez v. Gene Beasley

Dear Counsel:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                    Michael E. Gans
                    Clerk of Court

JMM

Enclosure(s)

cc:    Mr. Jim McCormack

      District Court/Agency Case Number(s):  2:17-cv-00129-DPM

 **17-3581 Gabriel Gonzalez v. Gene Beasley "judgment filed sua sponte coa denied" (2:17-cv-00129-DPM)**

ca08ml_cmecf_Notify    to:                                            04/26/2018 10:24 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/26/2018

**Case Name:**      Gabriel Gonzalez v. Gene Beasley
**Case Number:**    17-3581
**Document(s):**    Document(s)

**Docket Text:**
**JUDGMENT FILED -** Application for Certificate of Appealability is dismissed for lack of jurisdiction.. BOBBY E. SHEPHERD, RALPH R. ERICKSON and L. STEVEN GRASZ Adp May 2018 [4654802] [17-3581] (Jeanette McKee)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Gabriel Gonzalez
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/JeanetteMcKee_173581_4654802_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/26/2018] [FileNumber=4654802-0]
[17e0b2c566206bb3e4aa68fcf896baace26083e6f966fa0dbf176f0b151ff92c0b93fd96eb7ffbda03

457c714283a44c3bc99be42bcf578134bef32868506577]]

**Recipients:**
- Gabriel Gonzalez
- Mr. Jim McCormack, Clerk of Court

**Document Description:** Judgment: Judge Directed
**Original Filename:**
/opt/ACECF/live/forms/JeanetteMcKee_173581_4654802_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/26/2018] [FileNumber=4654802-1]
[6134b66fa832ea653a87956c14d73a4a892eed30ef24f4205ba07fe62883b9b8bb3db511d657e88e
192cdf53644ce3bb990189186f4fd0556dcaed8a1b860be5]]

**Recipients:**
- Gabriel Gonzalez
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4654802
**RELIEF(S) DOCKETED:**
  coa denied
**DOCKET PART(S) ADDED:** 6034953, 6034954, 6034955