# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3632
_____

Gabriel Gonzalez

Plaintiff - Appellant

v.

Gene Beasley

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Helena
(2:17-cv-00129-DPM)
_____

**JUDGMENT**

Before SHEPHERD, ERICKSON and GRASZ, Circuit Judges.

The motion for leave to proceed in forma pauperis is denied as moot.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

April 26, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 26, 2018

Gabriel Gonzalez
FEDERAL CORRECTIONAL INSTITUTION
30515-112
P.O. Box 9000
Forrest City, AR  72336-9000

     RE:  17-3632  Gabriel Gonzalez v. Gene Beasley

Dear Counsel:

     Enclosed is a copy of the dispositive order entered today in the referenced case.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                                 Michael E. Gans
                                 Clerk of Court

JMM

Enclosure(s)

cc:    Mr. Jim McCormack

     District Court/Agency Case Number(s):  2:17-cv-00129-DPM



17-3632 Gabriel Gonzalez v. Gene Beasley "judgment filed sua sponte affirmed 47A" (2:17-cv-00129-DPM)

ca08ml_cmecf_Notify  to:  04/26/2018 11:40 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/26/2018

| | |
|---|---|
| **Case Name:** | Gabriel Gonzalez v. Gene Beasley |
| **Case Number:** | 17-3632 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** This case is summarily affirmed in accordance with Eighth Circuit Rule 47A.; [4624618-2] Denying as moot motion to proceed on appeal in forma pauperis filed by Appellant Gabriel Gonzalez.. BOBBY E. SHEPHERD, RALPH R. ERICKSON and L. STEVEN GRASZ Adp May 2018 [4654854] [17-3632] (Jeanette McKee)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Gabriel Gonzalez
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/JeanetteMcKee_173632_4654854_GeneralCoverLetters_122.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/26/2018] [FileNumber=4654854-0]
[030af5df35c9becabc33b960f52234b15110a37a3907b91898fa78e49ffe18d772c53c2d135a3e9fb80ea07d78c0adcfdc871d628e4f72d61f129040c9441e33]]

**Recipients:**
- Gabriel Gonzalez
- Mr. Jim McCormack, Clerk of Court

**Document Description:** Judgment: Judge Directed
**Original Filename:**
/opt/ACECF/live/forms/JeanetteMcKee_173632_4654854_JudgmentsJudgeDirected_127.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/26/2018] [FileNumber=4654854-1]
[4b3c8abcc9b257b98013784e8e550747e1d9d5c6e9ca32abca1c94686235a2002bb8d60925d43d0ec7e0bd77a6160ddc529ab6572395350bd1df3374fd38e20b]]

**Recipients:**
- Gabriel Gonzalez
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4654854
**RELIEF(S) DOCKETED:**
  affirmed 47A
  to proceed on appeal in forma pauperis
**DOCKET PART(S) ADDED:** 6035035, 6035036, 5977565, 6035037