IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GABRIEL GONZALEZ
Reg. #30515-112                                                                    PETITIONER

v.                                          No. 2:17-cv-129-DPM

GENE BEASLEY, Warden                                                      RESPONDENT

## ORDER

Motion, № 31, denied. The facts in the recommendation were taken from the opinion in Gonzalez's direct appeal, which remains published. The Court therefore declines to seal or alter its Orders.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2019